IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| QUALCOMM INCORPORATED; | ) Civil Action No. 1:22-cv-1331 |
| QUALCOMM TECHNOLOGIES, INC.; | ) |
| ARTERIS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Network System Technologies, LLC ("NST" or "Plaintiff") is a Delaware limited liability company. NST has no corporate parent, and no publicly traded company owns ten percent (10%) or more of NST's stock.

Dated: December 29, 2022                Respectfully submitted,

/s/ *William E. Davis, III*

William E. Davis, III
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
(903) 235-2588
bdavis@davisfirm.com

Daniel S. Stringfield
NIXON PEABODY LLP
70 West Madison St., Suite 5200
Chicago, IL 60602
(312) 977-4130
dstringfield@nixonpeabody.com

*Attorneys for Plaintiff Network System Technologies, LLC*