# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED; QUALCOMM TECHNOLOGIES, INC.; ARTERIS, INC.,<br><br>          Defendants. | Case No. 1:22-cv-01331-RP |

**DEFENDANT ARTERIS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Arteris, Inc. ("Arteris") hereby moves the Court for an order extending the time for Arteris to answer, move, or otherwise respond to Network System Technologies, LLC's ("Network System") Complaint for Patent Infringement (Dkt. 1). The deadline for Arteris to answer, move, or otherwise respond to Network System's Complaint is January 12, 2023. Arteris requests an extension of time to answer, move, or otherwise respond to Network System's Complaint to February 27, 2023. Network System does not oppose Arteris's request. The request is not sought for purposes of delay and will not affect any other case deadlines. Therefore, Arteris respectfully requests that the Court extend the deadline for Arteris to answer, move, or otherwise respond to Network System's Complaint to February 27, 2023.

- 2 -

Dated:  January 5, 2023                              Respectfully submitted,

                                                        */s/ John M. Guaragna*
                                                        John M. Guaragna
                                                        Texas Bar No 24043308
                                                        DLA PIPER LLP (US)
                                                        303 Colorado St., Suite 3000
                                                        Austin, TX  78701
                                                        Tel: 512.457.7125
                                                        Fax: 512.457.7001
                                                        john.guaragna@us.dlapiper.com

                                                        **ATTORNEY FOR DEFENDANT**
                                                        **ARTERIS, INC.**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant Arteris, Inc. conferred with Network System Technologies, LLC's counsel.  Network System does not oppose Arteris's request sought in this motion.

                                                        */s/ John M. Guaragna*
                                                        John M. Guaragna

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

                                                        */s/ John M. Guaragna*
                                                        John M. Guaragna