IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:22-CV-1331-RP |
| QUALCOMM INCORPORATED ET AL | § § § | |
| Defendants | § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Qualcomm") file this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The deadline for Qualcomm to answer, move, or otherwise respond to Plaintiff's complaint is January 13, 2023. Qualcomm requests an extension of time to answer, move, or otherwise respond to Plaintiff's complaint to February 27, 2023. Plaintiff does not oppose Qualcomm's request. The request is not sought for purposes of delay and will not affect any other case deadlines. Therefore, Qualcomm respectfully requests that the Court extend the deadline for Qualcomm to answer, move, or otherwise respond to Plaintiff's complaint up to and including February 27, 2023.

Dated: January 6, 2023

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Defendants*
*Qualcomm Incorporated and*
*Qualcomm Technologies, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Qualcomm conferred with Plaintiff's counsel. Plaintiff does not oppose Qualcomm's request sought in this motion.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deron R. Dacus*
Deron R. Dacus