IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-cv-1331-DAE |
| QUALCOMM INCORPORATED; QUALCOMM TECHNOLOGIES, INC.; ARTERIS, INC., | § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER, 502(D) ORDER, ESI STIPULATION, AND SCHEDULING RECOMMENDATIONS

Plaintiff Network System Technologies, LLC and Defendants Qualcomm Incorporated; Qualcomm Technologies, Inc.; and Arteris, Inc. ("Defendants") jointly move for entry of the parties' agreed Protective Order, 502(d) Order, and ESI Stipulation, and the parties' disputed Scheduling Recommendations, attached hereto.

Date: August 3, 2023

Respectfully submitted,

*/s/ William E. Davis, III*

William E. Davis, III
Ty Wilson
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
(903) 235-2588
bdavis@davisfirm.com
twilson@davisfirm.com

Daniel S. Stringfield
**NIXON PEABODY LLP**
70 West Madison St., Suite 5200
Chicago, IL 60602

(312) 977-4130
dstringfield@nixonpeabody.com
nst@nixonpeabody.com

Erica J. Van Loon
Vincent Capati
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(213) 629-6000
evanloon@nixonpeabody.com
vcapati@nixonpeabody.com

David R. Kocan
**NIXON PEABODY LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
(415) 984-8282
dkocan@nixonpeabody.com

*Attorneys for Plaintiff Network System Technologies, LLC*

| /s/ J. Derek Vandenburgh | /s/ John Michael Guaragna |
|---|---|
| Deron R. Dacus<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>(903) 705-1117<br>ddacus@dacusfirm.com | John Michael Guaragna<br>**DLA PIPER LLP (US)**<br>303 Colorado Street, Suite 3000<br>Austin, TX 78701<br>(512) 457-7125<br>john.guaragna@dlapiper.com |
| J. Derek Vandenburgh<br>Joseph W. Winkels<br>Caroline L. Marsili<br>Nathan D. Louwagie<br>**CARLSON, CASPERS, VANDENBURGH, & LINDQUIST, PA**<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>(612) 436-9600<br>dvandenburgh@carlsoncaspers.com<br>jwinkels@carlsoncaspers.com<br>cmarsili@carlsoncaspers.com<br>nlouwagie@carlsoncaspers.com | Mark D. Fowler<br>Carrie L. Williamson<br>Alan A. Limbach<br>Marinna C. Radloff<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>(650) 833-2000<br>mark.fowler@us.dlapiper.com<br>carrie.williamson@us.dlapiper.com<br>alan.limbach@dlapiper.com<br>marinna.changradloff@us.dlapiper.com<br><br>*Attorneys for Defendant Arteris, Inc..* |

*Attorneys for Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served on August 3, 2023 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William E. Davis, III*
William E. Davis, III

# CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that the foregoing motion is joined in its entirety by Plaintiff and Defendants.

*/s/ William E. Davis, III*
William E. Davis, III