UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, *Plaintiff* | § § § § | |
| | § | No.  A-22-CV-01331-DAE |
| v. | § § | |
| QUALCOMM INCORPORATED, QUALCOMM TECHNOLOGIES, INC.,  ARTERIS, INC., *Defendants* | § § | |

**ORDER**

Before the Court is Joint Motion for Entry of Protective Order, 502(D) Order, ESI Stipulation, and Scheduling Order, Dkt. 55. The undersigned has reviewed the motion and enters the following Order.

The parties joint Motion is **GRANTED IN PART** and the undersigned will file the Parties Agreed Protective Order, Dkt. 55-1, Agreed 502(D) Order, Dkt. 55-2, and Agreed ESI Stipulation, Dkt. 55-3, by separate order.

The parties have also moved the court to enter their "Scheduling Recommendations." Dkt. 55-4. The parties have employed a different form order than used by Judge Ezra. Accordingly, the parties' Joint Motion for Entry of Protective Order, 502(D) Order, ESI Stipulation, and Scheduling Order, Dkt. 55, **IS DENIED IN PART** as to the Scheduling Order. The parties are **ORDERED** that to submit a proposed scheduling order to the Court within fifteen (15) days from the date of this order. The content of the proposed scheduling order shall include proposals for all

deadlines set out in the form for scheduling order contained in Appendix "B" to the

Local Rules. The referral to the undersigned is **CANCELED.**

      SIGNED August 31, 2023.

                                                  DUSTIN M. HOWELL
                                                  UNITED STATES MAGISTRATE JUDGE