UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Network System Technologies, LLC, | § § | |
| Plaintiff, | § | NO: AU:22-CV-01331-DAE |
| vs. | § § | |
| Qualcomm Incorporated, et al. | § § | |
| Defendant. | § § | |

## ORDER SETTING CONTINUED MARKMAN HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** continued MARKMAN HEARING before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, February 21, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas January 18, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE