**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1331 |
| ) | |
| QUALCOMM INCORPORATED; ) | |
| QUALCOMM TECHNOLOGIES, INC.; ) | |
| ARTERIS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
QUALCOMM TO RESPOND TO
NST'S WRITTEN OFFER OF SETTLEMENT**

Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Qualcomm") request a four-business day extension of the Scheduling Order deadline for Qualcomm to respond to NST's written offer of settlement. *See* Dkt. 80, ¶ 2. With this extension, Qualcomm's response to NST's offer would be due August 8, 2024. NST does not oppose this motion.

Qualcomm believes that good cause supports this extension because NST designated its written offer of settlement "Confidential" under the Protective Order, which prevented certain Qualcomm decision makers from reviewing the document. The parties were subsequently able to work out an agreement that allowed Qualcomm's decision makers to receive the offer four days after it was served. Therefore, Qualcomm respectfully requests that the Court extend the deadline to respond from August 2nd to August 8th, which will provide Qualcomm the two weeks to respond that was contemplated in the schedule.

| | |
|---|---|
| Dated: August 1, 2024 | s/ *Nathan D. Louwagie*<br>Deron R. Dacus<br>State Bar No. 00790553<br>**The Dacus Firm, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Telephone: (903) 705-1117<br>Facsimile: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>J. Derek Vandenburgh (*pro hac vice*)<br>Joseph W. Winkels (*pro hac vice*)<br>Caroline Marsili (*pro hac vice*)<br>Nathan D. Louwagie (*pro hac vice*)<br>**Carlson, Caspers, Vandenburgh & Lindquist, P.A.**<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>(612) 436-9600<br>dvandenburgh@carlsoncaspers.com<br>jwinkels@carlsoncaspers.com<br>cmarsili@carlsoncaspers.com<br>nlouwagie@carlsoncaspers.com<br><br>*Counsel for Defendants*<br>*Qualcomm Incorporated and*<br>*Qualcomm Technologies, Inc.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2024, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/Nathan D. Louwagie*
                                          Nathan D. Louwagie