**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1331 |
| ) | |
| QUALCOMM INCORPORATED; ) | |
| QUALCOMM TECHNOLOGIES, INC.; ) | |
| ARTERIS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING QUALCOMM'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF NETWORK SYSTEM
TECHNOLOGY'S WRITTEN OFFER OF SETTLEMENT**

The Court having considered the Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Qualcomm")'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Written Offer of Settlement (*see* Dkt. 80, ¶2),

IT IS SO ORDERED on this ____ day of ____, 2024:

1. The Unopposed Motion for Extension of Time to Respond to Plaintiff's Written Offer of Settlement is GRANTED.

2. Qualcomm is to serve its response to Plaintiff's Written Offer of Settlement by August 8, 2024.

_____
Honorable David Alan Ezra
Senior U.S. District Judge

1