IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, ) ) Plaintiff, ) ) v. ) ) QUALCOMM INCORPORATED; ) QUALCOMM TECHNOLOGIES, INC.; ) QUALCOMM CDMA TECHNOLOGIES ASIA- ) PACIFIC PTE LTD., QUALCOMM GLOBAL ) TRADING PTE LTD. ) ) Defendants. | Civil Action No. 1:22-cv-1331 |

## JOINT MOTION FOR CHANGE OF DEADLINES

The parties have met and conferred regarding upcoming deadlines following from Network System Technologies, LLC's ("NST") Second Amended Complaint, and have agreed to revise the deadlines as follows. Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia−Pacific Pte Ltd., and Qualcomm Global Trading Pte Ltd. shall answer or otherwise respond to NST's Second Amended Complaint by November 11, 2024. Network System Technologies, LLC ("NST") shall respond to Defendants' answer or response by January 10, 2025.

The parties submit that good cause exists for this request. Qualcomm CDMA Technologies Asia−Pacific Pte Ltd., and Qualcomm Global Trading Pte Ltd. have agreed to waive service of the complaint, and revising the deadlines for the response above will increase the efficiency of this case by allowing all Defendants to respond to the Second Amended Complaint on the same day.

.

1

Dated: September 20, 2024

| | |
|---|---|
| s/ *Daniel S. Stringfield*<br>William E. Davis, III<br>**DAVIS FIRM PC**<br>Texas State Bar No. 24047416<br>213 N. Fredonia Street, Suite 230<br>Longview, TX 75601<br>(903) 230-9090<br>bdavis@davisfirm.com<br><br>Daniel S. Stringfield<br>**NIXON PEABODY LLP**<br>70 West Madison St., Suite 5200<br>Chicago, IL 60602<br>(312) 977-4130<br>dstringfield@nixonpeabody.com<br><br>Erica J. Van Loon<br>Vincent C. Capati<br>**NIXON PEABODY LLP**<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071<br>(213) 629-6000<br>evanloon@nixonpeabody.com<br>vcapati@nixonpeabody.com<br><br>*Attorneys for Plaintiff Network System Technologies, LLC* | s/ *J. Derek Vandenburgh*<br>Deron R. Dacus<br>State Bar No. 00790553<br>**The Dacus Firm, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Telephone: (903) 705-1117<br>Facsimile: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>J. Derek Vandenburgh (*pro hac vice*)<br>Joseph W. Winkels (*pro hac vice*)<br>Caroline Marsili (*pro hac vice*)<br>Nathan D. Louwagie (*pro hac vice*)<br>CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>(612) 436-9600<br>dvandenburgh@carlsoncaspers.com<br>jwinkels@carlsoncaspers.com<br>cmarsili@carlsoncaspers.com<br>nlouwagie@carlsoncaspers.com<br><br>*Counsel for Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          */s/J. Derek Vandenburgh*
                                                          J. Derek Vandenburgh