IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, ) ) Plaintiff, ) ) v. ) ) QUALCOMM INCORPORATED; ) QUALCOMM TECHNOLOGIES, INC.; ) QUALCOMM CDMA TECHNOLOGIES ASIA- ) PACIFIC PTE LTD., QUALCOMM GLOBAL ) TRADING PTE LTD. ) ) Defendants. | Civil Action No. 1:22-cv-1331 |

**ORDER GRANTING THE JOINT MOTION
FOR CHANGE OF DEADLINES**

The Court having considered the parties' Joint Motion for Change of Deadlines, IT IS SO ORDERED on this 25th day of September, 2024:

1. The Joint Motion for Change of Deadlines is **GRANTED.**

2. Qualcomm's Answer or Response to NST's Second Amended Complaint is now due on November 11, 2024.

3. NST's Response to Qualcomm's Answer or Response is now due on January 10, 2025.

_____
David Alan Ezra
Senior United States District Judge