UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, <br> *Plaintiff* <br><br> v. <br><br> QUALCOMM INCORPORATED, et al.; <br> *Defendants* | § § § § § § § § § § §   No.  1:22-CV-01331-DAE |

# ORDER

Before the Court are three discovery-related motions filed by Plaintiff Network System Technologies, LLC ("NST"), Dkts. 139, 207, 217. The District Judge referred the motions to the undersigned for disposition. The Court set the motions for hearing, and after considering the parties' filings, the record as a whole, the applicable law, and the parties' arguments at the hearing, the Court announced its rulings, and the reasons for those rulings, on the record. This written order memorializes those oral rulings.

For the reasons stated on the record, the Court rules as follows:

<u>NST's Motion to Compel Documents and Interrogatory Responses from Qualcomm, Dkt. 139</u>: The Court **DENIES** the motion in its entirety.

<u>NST's Motion to Compel Email Discovery from Qualcomm, Dkt. 207</u>: Based on the parties' representations at the hearing, the Court finds that this dispute is now **MOOT**. The Court notes that, as discussed on the record, the parties still need to confer regarding the timing of this production. If the parties cannot reach an

1

agreement, then the parties may raise the dispute with the Court in a joint filing setting out the parties' positions, with no more than 2 pages per party.

<u>NST's Motion to Compel Privilege Log from Qualcomm, Dkt. 217, and Qualcomm's Cross-Motion for Exchange of Privilege Logs, Dkt. 220</u>: The Court **DENIES** NST's motion, Dkt. 217, and **GRANTS** Qualcomm's cross-motion, Dkt. 220. The Court **ORDERS** the parties to exchange privilege logs within 28 days of this order. The parties shall exchange logs in the manner proposed by Qualcomm, *see* Dkt. 220, at 5, i.e., that (1) neither party is required to log documents generated after the date the complaint was filed in this case; (2) NST will log all documents it was withholding on the basis of privilege including those in the possession of certain particular entities and individuals; and (3) NST will log documents in its possession regardless of whether they were created before NST was formed.

SIGNED October 25, 2024.

                                                         _____
                                                         DUSTIN M. HOWELL
                                                         UNITED STATES MAGISTRATE JUDGE