**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| ) | |
| QUALCOMM INCORPORATED; ET AL.,      ) | Civil Action No. 1:22-cv-1331 |
| ) | |
| Defendants.      ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | |
| ) | |
| ) | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Network System Technologies, LLC ("NST" or "Plaintiff") and Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia-Pacific PTE Ltd., and Qualcomm Global Trading PTE Ltd. (collectively, "Defendants" or "Qualcomm") (together with NST, the "Parties"), in relation to Qualcomm's Motion for Protective Order (Dkt. No. 274), and in anticipation of the motions hearing before this Court on January 23, 2025 (Dkt. No. 277), jointly move to extend the response and reply deadlines for the Parties. NST's response to Qualcomm's Motion for Protective Order (Dkt. No. 274) is currently due on December 20, 2024, making Qualcomm's reply due on December 27, 2024. *See* CV-7.

In order to account for the upcoming holidays and to give the Parties an opportunity to meet and confer on this issue further, the Parties respectfully request that the Court grant this Motion and (a) extend the deadline for NST to respond to Qualcomm's Motion for Protective Order to January 8, 2025; and (b) extend the deadline for Qualcomm to file its reply in support of its Motion for Protective Order to January 17, 2025.

Dated: December 17, 2024

/s/ *Daniel S. Stringfield w/ permission*
*William E. Davis, III*
William E. Davis, III
Texas Bar No. 24047416
Ty Wilson
Texas State Bar No. 24106583
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
(903) 230-9090
bdavis@davisfirm.com
twilson@davisfirm.com

Daniel S. Stringfield
Timothy Maloney
Matthew M. Zuziak
Peter C. Krusiewicz
Allison E. Strong
**NIXON PEABODY LLP**
70 West Madison St., Suite 5200
Chicago, IL 60602
(312) 977-4130
dstringfield@nixonpeabody.com
tmaloney@nixonpeabody.com
mzuziak@nixonpeabody.com
pkrusiewicz@nixonpeabody.com
astrong@nixonpeabody.com

Michael W. Gray
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(213) 629-6000
mgray@nixonpeabody.com

Alec M. Royka
**NIXON PEABODY LLP**
677 Broadway, 10th Floor
Albany, NY 12207
(518) 427-2650
aroyka@nixonpeabody.com

Respectfully submitted,

/s/ *Andrea L. D'Ambra*

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

Andrea L. D'Ambra (pro hac vice)
Claire M. Huitt (pro hac vice)
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3015
Facsimile: (212) 318-3400
andrea.dambra@nortonrosefulbright.com
claire.huitt@nortonrosefulbright.com

J. Derek Vandenburgh (pro hac vice)
Joseph W. Winkels (pro hac vice)
Caroline Marsili (pro hac vice)
Nathan D. Louwagie (pro hac vice)
Ryan D. Rypka (pro hac vice)
CARLSON, CASPERS, VANDENBURGH &
LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 436-9600
dvandenburgh@carlsoncaspers.com
jwinkels@carlsoncaspers.com
cmarsili@carlsoncaspers.com
nlouwagie@carlsoncaspers.com
rrypka@carlsoncaspers.com

*Counsel for Defendants
Qualcomm Incorporated and
Qualcomm Technologies, Inc.*

*Attorneys for Plaintiff Network System Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a).

*/s/ William E. Davis, III*
William E. Davis, III
