# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| QUALCOMM INCORPORATED; QUALCOMM TECHNOLOGIES, INC.; QUALCOMM CDMA TECHNOLOGIES ASIA-PACIFIC PTE LTD.; QUALCOMM GLOBAL TRADING PTE LTD.; ARTERIS, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 1:22-cv-01331-DAE

**JURY TRIAL DEMANDED**

**NETWORK SYSTEM TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Network System Technologies, LLC ("Plaintiff" or "NST") hereby moves to amend the Scheduling Order in this matter. NST respectfully requests the deadlines in paragraph 8 of the of the Second Amended Scheduling Order (Dkt. 80) be extended as identified below. The Parties do not believe any other deadlines in the Schedule need to be extended, and Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia-Pacific PTE Ltd., and Qualcomm Global Trading PTE Ltd., (collectively, "Qualcomm" or "Defendants") do not oppose NST's request.

| Paragraph | Previous Deadline | Proposed Extended Deadline |
|---|---|---|
| 8 – Plaintiff's Final Infringement Contentions | April 29, 2025 | May 13, 2025 |
| 8 – Defendants' Final Invalidity Contentions | May 20, 2025 | June 17, 2025 |

Good cause supports these extensions given the parties' previous uncertainty of post-Claim Construction Order deadlines and a number of professional obligations impacting the availability of NST's expert witness and counsel.

Date: April 11, 2025                                   Respectfully submitted,

/s/ *Daniel S. Stringfield w/ permission*
<u>William E. Davis, III</u>
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Telephone: (903) 230-9090

Daniel S. Stringfield
Timothy Maloney
Matthew M. Zuziak
Peter C. Krusiewicz
Allison E. Strong
**NIXON PEABODY LLP**
70 West Madison St., Suite 5200
Chicago, IL 60602
(312) 977-4130
nst@nixonpeabody.com
dstringfield@nixonpeabody.com
mzuziak@nixonpeabody.com
tmaloney@nixonpeabody.com
pkrusiewicz@nixonpeabody.com
astrong@nixonpeabody.com

Michael W. Gray
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(213) 629-6000
mgray@nixonpeabody.com

Alec M. Royka
**NIXON PEABODY LLP**
677 Broadway, 10th Floor
Albany, NY 12207
(518) 427-2650
aroyka@nixonpeabody.com

*Attorneys for Plaintiff Network System Technologies, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail on April 11, 2025 to all opposing counsel of record.

*/s/ William E. Davis, III*
William E. Davis, III

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(g) and that the foregoing motion is unopposed by Defendants.

*/s/ William E. Davis, III*
William E. Davis, III
