IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED; ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:22-cv-1331-DAE <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING NETWORK SYSTEM TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

BEFORE THE COURT is Plaintiff Network System Technologies, LLC's Unopposed Motion to Amend the Scheduling Order. The Court has considered the briefing on the Motion. The Court GRANTS the Motion.

**IT IS HEREBY ORDERED** that the scheduling order is modified to be as follows:

| **Paragraph** | **Previous Deadline** | **Extended Deadline** |
|---|---|---|
| 8 – Plaintiff's Final Infringement Contentions | April 29, 2025 | May 13, 2025 |
| 8 – Defendants' Final Invalidity Contentions | May 20, 2025 | June 17, 2025 |

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, April 14, 2025.

_____
David Alan Ezra
Senior United States District Judge