**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-1331 |
| | ) | |
| QUALCOMM INCORPORATED; | ) | |
| QUALCOMM TECHNOLOGIES, INC.; | ) | |
| QUALCOMM CDMA TECHNOLOGIES ASIA- | ) | |
| PACIFIC PTE LTD., QUALCOMM GLOBAL | ) | |
| TRADING PTE LTD. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES**

The Court having considered Plaintiff Network System Technologies, LLC ("NST") and

Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA

Technologies Asia-Pacific Pte Ltd., and Qualcomm Global Trading Pte Ltd. (collectively

"Qualcomm")'s Joint Motion for Extension of Deadlines (Dkt. # 389),

IT IS SO ORDERED on this 29th day of July, 2025:

1.    The parties' Joint Motion for Extension of Deadlines is **GRANTED.**

2.    The parties' exchange of burden of proof expert reports will now occur on

September 19, 2025.

3.    The parties' exchange of rebuttal expert reports will now occur on October

29, 2025.

4.    The close of expert discovery will now occur December 1, 2025.

5.      The parties' objections to the reliability of expert's proposed testimony are now due on December 30, 2025.

6.      The parties' dispositive motions are now due on December 30, 2025.

7.      The parties' responses to dispositive motions are now due on January 27, 2026.

8.      The parties' replies to dispositive motions are now due on February 17, 2026.

_____

David Alan Ezra
Senior United States District Judge

2