**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-1331 |
| | ) | |
| QUALCOMM INCORPORATED; | ) | |
| QUALCOMM TECHNOLOGIES, INC.; | ) | |
| QUALCOMM CDMA TECHNOLOGIES ASIA- | ) | |
| PACIFIC PTE LTD., QUALCOMM GLOBAL | ) | |
| TRADING PTE LTD. | ) | |
| | ) | |
| Defendants. | | |

## QUALCOMM'S UNOPPOSED MOTION FOR EXTENSIONS

Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia-Pacific Pte Ltd., and Qualcomm Global Trading Pte Ltd. (collectively "Qualcomm") hereby move the Court for one-week extensions for (1) Qualcomm's Opposition to Plaintiff Network System Technoligies, LLC ("NST")'s Motion to Compel Qualcomm's Production of Documents Revealed During Deposition (Dkt. 400-2) and (2) Qualcomm's Reply in Support of Qualcomm's Opposed Motion to Stay Deadlines After the Close of Fact Discovery (Dkt. 370-1).

Qualcomm's Opposition of NST's Motion to Compel Qualcomm's Production of Documents Revealed During Deposition is currently due August 6, 2025. With a one-week extension, it would be due August 13, 2025, and NST's Reply would be due August 20, 2025.

Qualcomm's Reply in Support of Qualcomm's Opposed Motion to Stay Deadlines After the Close of Fact Discovery is currently due August 7, 2025, and would be due August 14, 2025 with the requested extension.

Good cause exists to grant Qualcomm's Unopposed Motion for Extensions. Qualcomm currently has three briefs due this week, including the two briefs mentioned above and Qualcomm's Response to NST's Motion to Compel Deposition on Sales Topics (Dkt. 386-2). Further, Qualcomm's in-house counsel responsible for this litigation is out-of-office on a long-planned vacation this week. NST does not oppose this motion.

Dated: <u>August 4, 2025</u>

<u>s/ *Nathan D. Louwagie*</u>
Deron R. Dacus (State Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

J. Derek Vandenburgh (*pro hac vice*)
Joseph W. Winkels (*pro hac vice*)
Aaron W. Pederson (*pro hac vice*)
Peter M. Kohlhepp (*pro hac vice*)
Nathan D. Louwagie (*pro hac vice*)
Ryan D. Rypka (*pro hac vice*)
Seung Sub Kim (*pro hac vice*)
Jake R. Dinkins (*pro hac vice*)
**CARLSON, CASPERS, VANDENBURGH**
**& LINDQUIST, P.A.**
225 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
dvandenburgh@carlsoncaspers.com
jwinkels@carlsoncaspers.com
apederson@carlsoncaspers.com
pkohlhepp@carlsoncaspers.com
nlouwagie@carlsoncaspers.com
rrypka@carlsoncaspers.com
ekim@carlsoncaspers.com
jdinkins@carlsoncaspers.com

Andrea L. D'Ambra (*pro hac vice*)
Claire M. Huitt (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3015
andrea.dambra@nortonrosefulbright.com
claire.huitt@nortonrosefulbright.com

*Counsel for Defendants Qualcomm*
*Incorporated, Qualcomm Technologies, Inc.,*
*Qualcomm CDMA Technologies Asia-Pacific*
*PTE Ltd., and Qualcomm Global Trading*
*PTE Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Nathan D. Louwagie*
Nathan D. Louwagie
