IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUALCOMM INCORPORATED; ) <br> QUALCOMM TECHNOLOGIES, INC.; ) <br> QUALCOMM CDMA TECHNOLOGIES ASIA- ) <br> PACIFIC PTE LTD., QUALCOMM GLOBAL ) <br> TRADING PTE LTD. ) <br> ) <br> Defendants. | Civil Action No. 1:22-cv-1331 |

### [PROPOSED] ORDER GRANTING QUALCOMM'S UNOPPOSED MOTION FOR EXTENSIONS

The Court having considered Qualcomm's Unopposed Motion for Extensions,

IT IS SO ORDERED on this _____ day of _____, 2025:

1. Qualcomm's Unopposed Motion for Extensions is GRANTED.

2. Qualcomm's Opposition to Plaintiff Network System Technoligies, LLC ("NST")'s Motion to Compel Qualcomm's Production of Documents Revealed During Deposition (Dkt. 400-2) is now due August 13, 2025.

3. Qualcomm's Reply in Support of Qualcomm's Opposed Motion to Stay Deadlines After the Close of Fact Discovery (Dkt. 370-1) is now due August 14, 2025.

_____
Honorable David Alan Ezra
Senior U.S. District Judge