UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Network System Technologies, LLC    §
                                     §
vs.                                  §        NO:   AU:22-CV-01331-DAE
                                     §
Qualcomm Incorporated, et al.        §

## **ORDER TO TRANSFER**

The above-named and numbered case is transferred from the docket of Senior U.S. District Judge Ezra to the docket of U.S. District Judge Albright, both judges having consented to the transfer.

It is therefore ORDERED that the above-named and numbered case is hereby TRANSFERRED to the docket of U.S. District Judge Albright.  Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.  All Orders shall remain in effect unless otherwise ordered by Judge Albright.

IT IS SO ORDERED.

SIGNED THIS 7th day of August, 2025.


DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE