# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **NETWORK SYSTEM TECHNOLOGIES, LLC,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. A-22-CV-01331-ADA |
| **QUALCOMM INCORPORATED, ET AL.,** | § § § § | |
| Defendants. | § § | |

# ORDER

It is hereby **ORDERED** that the Amended Order setting a hearing for the parties' various pending motions is hereby **VACATED**.

It is further **ORDERED** that the motions ECF Nos. 325; 335; 343; 350; 353; 371; 398; 405; and 411 are set for an in-person hearing on Wednesday, August 20, 2025 at 3:00PM before the undersigned.

It is further **ORDERED** that the parties shall meaningfully confer either in-person or via telephone about the issues raised in the motions. The parties shall **jointly file an advisory with the Court by 8:00AM on Tuesday, August 19, 2025 at the latest**.

The advisory should identify any remaining disputed issues that were resolved and the outcome of that resolution, as well as the disputed issues that will require resolution by the Court at the hearing. The advisory shall also briefly set forth the parties' respective positions on each remaining issue.

If the parties are able to resolve their disputes prior to the hearing, they should immediately inform the Court. The parties are instructed to send a copy of any demonstratives to

Judge Albright's Courtroom Deputy, Jennifer Clark (Jennifer_Clark@txwd.uscourts.gov), and Court Reporter, Kristie Davis (Kristie_Davis@txwd.uscourts.gov) by 12:00PM the day of the hearing.

The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

**SIGNED** this 11th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE