IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,<br><br>Plaintiff.<br><br>v.<br><br>QUALCOMM INCORPORATED, QUALCOMM TECHNOLOGIES, INC., QUALCOMM CDMA TECHNOLOGIES ASIA-PACIFIC PTE LTD., QUALCOMM GLOBAL TRADING PTE LTD., and ARTERIS, INC.<br><br>Defendants. | Civil Action No. 1:22-cv-1331-DAE<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF NATHAN D. LOUWAGIE

I, Nathan D. Louwagie, hereby declare as follows:

1. I am an attorney at Carlson, Caspers, Vandenburgh & Lindquist P.A., counsel of record for Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia-Pacific PTE Ltd., and Qualcomm Global Trading PTE Ltd. (collectively, "Qualcomm").

2. Exhibit 1 is a true and correct copy of Qualcomm's Objections and Responses to NST's Fifth Set of Requests for Production. **Filed under seal.**

3. Exhibit 2 is a true and correct copy of QNST_4481043. **Filed under seal.**

4. Exhibit 3 is a true and correct copy of NST's Fifth Set of Requests for Production to Qualcomm. **Filed under seal.**

1

5. Exhibit 4 is a true and correct copy of Qualcomm Incorporated's Form 10-K for the fiscal year ended September 29, 2024.

6. Exhibit 5 is a true and correct copy of a printout from the website: https://www.qualcomm.com/licensing#licensing-approach.

7. Exhibit 6 is a true and correct copy of Vicky Sun's Declaration authenticating AAC business records. **Filed under seal.**

8. Exhibit 7 is a true and correct copy of an email chain between counsel for Qualcomm and NST. **Filed under seal.**

9. Exhibit 8 is a true and correct copy of a transcript of the October 24, 2024 motions hearing before The Honorable Dustin Howell. **Filed under seal.**

10. Exhibit 9 is a true and correct copy of a document that was pulled from the docket from Case No. 5:17-cv-00220-LHK in the Northern District of California. NST marked this document as exhibit 16 at the deposition of Fabian Gonell it took in this case.

11. Exhibit 10 is a true and correct copy of a document Qualcomm produced in this case bearing bates number QNST_4351883. **Filed under seal.**

12. Exhibit 11 is a true and correct copy of a document Qualcomm produced in this case bearing bates number QNST_4351849. **Filed under seal.**

13. Exhibit 12 is a true and correct copy of a document Qualcomm produced in this case bearing bates number QNST_4351849. **Filed under seal.**

I state under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2025

s/*Nathan D. Louwagie*
Deron R. Dacus (State Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

J. Derek Vandenburgh (*pro hac vice*)
Joseph W. Winkels (*pro hac vice*)
Aaron W. Pederson (*pro hac vice*)
Peter M. Kohlhepp (*pro hac vice*)
Nathan D. Louwagie (*pro hac vice*)
Ryan D. Rypka (*pro hac vice*)
Seung Sub Kim (*pro hac vice*)
Jake R. Dinkins (*pro hac vice*)
**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.**
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 436-9600
dvandenburgh@carlsoncaspers.com
jwinkels@carlsoncaspers.com
apederson@carlsoncaspers.com
pkholhepp@carlsoncaspers.com
nlouwagie@carlsoncaspers.com
rrypka@carlsoncaspers.com
ekim@carlsoncaspers.com
jdinkins@carlsoncaspers.com

*Counsel for Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc.*