# Exhibit 5

  

🏠 / Licensing

QUALCOMM TECHNOLOGY LICENSING

# Qualcomm licensing drives our intelligently connected world forward.

Overview          Licensees Search          **Licensing Approach**          Documents

## Licensing Approach

Qualcomm grants licenses to our standard essential patents on terms and conditions consistent with our licensing commitments to standards bodies. Royalties for such patents are based on the value the use of the patented technology provides to manufacturers and users of the end products. Our licensing practices are consistent with industry norms, and have been validated by the U.S. judicial system. We believe our approach to licensing creates efficiency in the ecosystem and reflects the value and innovation our research, developments and contributions provide.

Rights under Qualcomm's non-essential patents may be negotiated at Qualcomm's discretion based on several considerations, including whether the counter-party is

Qualcomm

/ Licensing

our FRAND commitments and our patent license negotiations are grounded in these principles.

Promptly after initiating patent license discussions, we provide our prospective licensee with a draft license agreement that demonstrates how royalties on specific products are calculated, relevant patent lists, and representative claim charts.

If the prospective licensee has questions about Qualcomm's patents, we will engage in technical discussions in parallel with business/legal discussions to reasonably respond to those questions and assist the prospective licensee in understanding the scope of Qualcomm's cellular SEP portfolio and the value of the patented technology in the relevant devices.

Throughout the negotiation, we will avoid unreasonable delays in responding to the prospective licensee.

**Fair value for our patented technology**

The compensation we receive is based on the value the use of our patented technology provides to manufacturers and users of the end product. We strive to ensure that compensation for a given set of patents in a given device is the same regardless of the location of the licensee in the supply chain.

Because both cellular supply chains and the scope of Qualcomm's SEP portfolio are worldwide, we grant licenses on a worldwide basis.

Qualcomm

Qualcomm relentlessly innovates to deliver intelligent computing everywhere, helping the world tackle some of its most important challenges. Our leading-edge AI, high

Feedback

# Qualcomm

/ Licensing

## Quick links

Products

Support

Partners

Contact us

Developer

## Company info

About us

Careers

Investors

News & media

Our businesses

Email Subscriptions

## Stay connected

Get the latest Qualcomm and industry information delivered to your inbox.

✉ Subscribe

Manage your subscription

## Also of Interest

Alex Rogers | President of Qualcomm...

Search a List of Qualcomm's Licensees

Cellular IoT Licensing Program

Terms of Use    Privacy    Cookie Policy    Accessibility Statement    Cookie Settings    Language: English (US)

© Qualcomm Technologies, Inc. and/or its affiliated companies.

Snapdragon and Qualcomm branded products are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm patented technologies are licensed by Qualcomm Incorporated.

Note: Certain services and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Feedback

Qualcomm

🏠 / Licensing

Nothing in these materials is an offer to sell or license any of the services or materials referenced herein.