IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED; ET AL., <br><br> Defendants. | Civil Action No. 1:22-cv-1331-ADA <br><br> **JURY TRIAL DEMANDED** |

### NETWORK SYSTEM TECHNOLOGIES, LLC'S NOTICE OF COMPLIANCE WITH COURT ORDER (DKT NO. 431)

Plaintiff Network System Technologies, LLC ("NST") hereby provides notice that, in compliance with the Court's Order (Dkt. No. 431), NST served Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia-Pacific PTE Ltd., and Qualcomm Global Trading PTE Ltd with its Amended Final Infringement Contentions for U.S. Patent No. 8,072,893 on September 5, 2025.

Dated: September 5, 2025

Respectfully submitted,

*/s/ Daniel S. Stringfield w/ permission*
<u>William E. Davis, III</u>
William E. Davis, III (State Bar. No. 24047416)
Ty Wilson (State Bar No. 24106583)
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Telephone: (903) 230-9090
bdavis@davisfirm.com
twilson@davisfirm.com

        Daniel S. Stringfield
        Timothy Maloney
        Matthew M. Zuziak
        Peter C. Krusiewicz
        Allison E. Strong
        **NIXON PEABODY LLP**
        70 West Madison St., Suite 5200
        Chicago, IL 60602
        (312) 977-4130
        nst@nixonpeabody.com
        dstringfield@nixonpeabody.com
        tmaloney@nixonpeabody.com
        mzuziak@nixonpeabody.com
        pkrusiewicz@nixonpeabody.com
        astrong@nixonpeabody.com

        Michael W. Gray
        **NIXON PEABODY LLP**
        300 S. Grand Avenue, Suite 4100
        Los Angeles, CA 90071
        (213) 629-6000
        mgray@nixonpeabody.com

        Alec M. Royka
        **NIXON PEABODY LLP**
        677 Broadway, 10th Floor
        Albany, NY 12207
        (518) 427-2650
        aroyka@nixonpeabody.com

        *Attorneys for Plaintiff Network System Technologies, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on September 5, 2025 on all counsel of record via the Court's Electronic Filing system.

                                */s/ William E. Davis, III*
                                William E. Davis, III