**CARLSON CASPERS**
Intellectual Property Law

Joseph W. Winkels
Direct Dial: (612) 436-9623
E-mail: jwinkels@carlsoncaspers.com

September 18, 2025

*Via ECF*

The Honorable Judge Alan D. Albright
United States District Court for the Western District of Texas
800 Franklin Avenue, Room 301
Waco, TX 76701

**Re:** *Network System Technologies, LLC v. Qualcomm Inc. et al.*, **1:22-cv-1331-ADA**

Dear Judge Albright,

    We represent the Qualcomm defendants in the above-referenced matter. We write to update the Court regarding the status of U.S. Pat. No. 8,072,893 ("the '2893 patent") pursuant to the Court's Order staying the case while it resolves the outstanding issues for that patent and the '818 patent. Dkt. 434 at 3-4.

    Qualcomm received NST's supplemental contentions for the '2893 patent on September 5, 2025. Yesterday, Qualcomm sent NST a letter identifying a number of deficiencies in NST's supplemental contentions, as well as at least one new claim construction issue resulting from NST's supplemental contentions. Qualcomm intends to bring these issues to the Court's attention once the meet and confer process is complete. If the Court would like any additional information in the meantime, Qualcomm would be happy to provide it.

    Qualcomm appreciates the Court's attention to this matter.

                                                     Respectfully,

                                                     */s/ Joseph W. Winkels*
                                                     Joseph W. Winkels (*pro hac vice*)
                                                     CARLSON, CASPERS, VANDENBURGH &
                                                     LINDQUIST, P.A.
                                                     225 S. Sixth Street, Suite 4200
                                                     Minneapolis, MN 55402
                                                     Telephone: (612) 436-9600
                                                     jwinkels@carlsoncaspers.com

                                                     *Counsel for Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc., Qualcomm CDMA Technologies Asia-Pacific PTE Ltd., and Qualcomm Global Trading PTE Ltd.*

CC:     All counsel of record via ECF