**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:22-cv-1331

**Network System Technologies, LLC,**

*Plaintiff,*

v.

**Qualcomm Incorporated, et al.,**

*Defendants.*

**AMENDED SCHEDULING ORDER**

The Court orders the following amended schedule.

| Previous Deadline | Amended Deadline | Item |
|---|---|---|
| July 22, 2026 | September 9, 2026 | Rebuttal Expert Reports. |
| August 12, 2026 | September 30, 2026 | Close of Expert Discovery. |
| August 19, 2026 | October 7, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. |
| N/A | October 14, 2026 | The parties shall file a joint submission proposing a trial date. The submission shall include:<br>• A brief summary of the claims and prior art references at issue for trial. |

|  |  |  |
|---|---|---|
|  |  | • A proposed estimated length of trial, including a proposed number of hours per side for the trial, excluding opening and closing statements.<br><br>• A proposed trial date.<br><br>• Any dates that the parties are unavailable for trial.<br><br>• Any results of the meet and confer not otherwise addressed in answering the above. |
| September 11, 2026 | October 30, 2026 | Dispositive Motion Deadline and *Daubert* Motion Deadline. |
| October 2, 2026 | November 20, 2026 | Deadline for responses to dispositive motions and *Daubert* motions. |
| October 16, 2026 | December 4, 2026 | Deadline for replies in support of dispositive motions and *Daubert* motions. |
| October 30, 2026 | December 18, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, deposition designations). |
| November 13, 2026 | January 4, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| November 18, 2026 | As later set by the Court when a trial | File Notice of Request for Daily Transcript or Real Time Reporting. |

2

| | date is set. | |
|---|---|---|
| November 20, 2026 | January 11, 2027 | Serve objections to rebuttal disclosures. |
| December 4, 2026 | February 3, 2027 | The parties must jointly file a Final Pretrial Order containing the information required by Local Rule CV-16(e), plus the following: <ul><li>*Witness narratives and classification.* For each witness identified under CV-16(e)(5), include (i) a brief narrative summary of expected testimony, (ii) a statement whether the witness has been deposed, and (iii) a designation as "probable," "possible," "expert," or "record custodian." A copy of the consolidated witness list shall be furnished to the Court reporter before trial.</li><li>*Joint annotated jury charge.* The proposed jury instructions and verdict form required by CV-16(e)(7) shall be submitted jointly, in Word format, annotated, with each disputed instruc-</li></ul> |

|  |  | tion identifying the proposing party and accompanied by citations to pattern instructions or controlling authority. |
|  |  | • *Deposition designations limited to unavailable witnesses.* The deposition designations required by CV-16(e)(6) shall be made only for witnesses qualifying as "unavailable" under Federal Rule of Civil Procedure 32(a)(4). The party offering the designation shall brief the basis for unavailability. Deposition designations should not be made for witnesses who will testify live. Identify any objections to any designation or rebuttal designation and the basis of that objection. |
|  |  | • *Trial briefs* may be filed but are not required unless requested by the Court. |

| | | |
|---|---|---|
| | | The parties must file any motions *in limine*.<br><br>• Motions *in limine* should not be filed as a matter of course. Any motions should include an overview of the relevant factual background and citations to applicable law.<br><br>• The parties are ordered to meet and confer to resolve any disputes before filing any motion *in limine*. Any motion *in limine* must certify that the parties have satisfied this requirement.<br><br>• Any response to a motion *in limine* must be filed within 10 days of the day the motion is filed. Replies to responses are not permitted except by leave of court.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notifications shall be filed |

| | | |
|---|---|---|
| | | on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| N/A | As later set by the Court. | Pretrial Conference.<br><br>The Court will set this case for a final pretrial conference at a later time. The final pretrial conference shall be attended in person by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. |
| N/A | As later set by the Court. | Jury Selection and Trial.<br><br>Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the case is set for trial. |

*So ordered by the Court on July 17, 2026.*

ANDREW DAVIS
United States District Judge

6